# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MYRON E. BAGWELL

INFORMATION

3:25-mj-79

_____/

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

On or about December 10, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Whiting Field, Milton, Florida, the defendant,

**MYRON E. BAGWELL,**

did willfully violate a defense property security regulation within Department of Defense property, by possessing a firearm or other dangerous weapon as prohibited by Naval Air Station Whiting Field Instruction 5530.14C, paragraph 27, in violation of Title 50, United States Code, Section 797(a).

_____  March 12, 2025
MICHELLE SPAVEN                  _____
Acting United States Attorney    DATE

FILED USDC FLND PN  JFJ
MAR 12 '25 PM 4:04